IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50383
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALVIN SHINETTE, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-91-CR-94-1
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:*

     Alvin Shinette, Jr., appeals the denial of his motion for
return of property, specifically, $18.12, which he alleges was
seized from him along with $14,880 when he was arrested shortly
after robbing a bank in Midland, Texas, in 1991.  The total
amount seized was $14,898.12.  The bank reported $14,880 missing
and Shinette contends that the remaining $18.12 is his personal
property.  He seeks relief pursuant to Fed. R. Crim. P. 41(e).

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

There is no evidence in the record to indicate that Shinette was the lawful owner of any of the money seized when he was arrested. The district court did not abuse its discretion in denying Shinette's motion. See Industrias Cardoen, Ltda. v. United States, 983 F.2d 49, 51 (5th Cir. 1993); United States v. Schinnell, 80 F.3d 1064, 1067 (5th Cir. 1996).

This appeal is frivolous. Accordingly, we impose upon Shinette a sanction in the amount of $200 payable to the clerk of this court for deposit with the United States Treasury. Until such is paid, the clerk of this court shall not accept from Shinette, except upon the written permission of a judge of this court, any further briefs, motions, pleadings, or notices of appeal, even if such nonacceptance results in the clerk's dismissal of Shinette's existing appeals under Fifth Circuit Rule 42.3.1.2 for failure to prosecute.

APPEAL DISMISSED. See 5th Cir. R. 42.2.

SANCTION IMPOSED.